UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT

DATE: _6 - 8 - 2026_

TIME: _11:23 Am_

INITIALS: _JA_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR. No. 25-cr-20403-MSN |
| v. | ) | |
| | ) | |
| ALEX EDUARDO MARTIN LEON, | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c)(1)(B), the following constitutes the plea agreement reached between the UNITED STATES, represented by D. MICHAEL DUNAVANT, United States Attorney for the Western District of Tennessee, and J. CRUZ RODRIGUEZ, Assistant United States Attorney, and the defendant, ALEX EDUARDO MARTIN LEON, represented by DEWUN R. SETTLE, defense counsel.

1.      ALEX EDUARDO MARTIN LEON agrees that he will enter a voluntary plea of guilty to Count 1 of the Indictment, which charges the defendant with intentionally and forcibly assaulting, resisting, opposing, impeding, and interfering with deputized United States Marshals, who were engaged in the performance of their official duties, with a deadly and dangerous weapon, to wit: a vehicle,  in violation of 18 U.S.C. §§ 111(a) and (b). This offense carries a maximum statutory punishment of imprisonment for not more than twenty (20) years, a fine of not more than $250,000, a period of supervised release for not more than three (3) years, and a mandatory special assessment of $100.

2.    ALEX EDUARDO MARTIN LEON agrees that he is pleading guilty to Count 1 of the Indictment because he is in fact guilty of the offense charged in Count 1.

3.    Pursuant to this agreement, the UNITED STATES agrees to recommend:

a.    That the defendant receive full credit for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1;

b.    That the defendant receive a guideline range sentence, as that range is determined by the Court;

c.    That following the said term of imprisonment, the defendant be placed on supervised release for a period of time to be determined by the Court;

d.    That the defendant be required to pay a fine, if ordered by the Court; and,

e.    That the defendant pay the mandatory special assessment fee of $100 per count, said amount due and owing as of the date sentence is pronounced.

4.    ALEX EDUARDO MARTIN LEON understands whether or not acceptance of responsibility credit pursuant to U.S.S.G. §3E1.1 is granted is a matter to be determined by the Court.  Failure of the Court to grant acceptance of responsibility credit shall not be a basis for ALEX EDUARDO MARTIN LEON to withdraw his guilty plea.

5.    ALEX EDUARDO MARTIN LEON acknowledges that he has been advised by counsel of defendant's rights to appeal his conviction or sentence, including the appeal right conferred by 18 U.S.C. § 3742.  ALEX EDUARDO MARTIN LEON expressly waives the right to appeal his conviction or sentence, except as specifically reserved below.  Defendant reserves the right to appeal: (1) any punishment in excess of the statutory maximum, or (2) any sentence to the extent it exceeds the guidelines range established by the court at sentencing.

2

6.      ALEX EDUARDO MARTIN LEON retains the right to raise claims alleging ineffective assistance of counsel and prosecutorial misconduct, as long as the defendant properly raises those claims by collateral review under 28 U.S.C. § 2255. The defendant also retains the right to pursue any relief permitted under 18 U.S.C. § 3582(c), as long as the defendant properly files a motion under that section. The defendant, however, waives any other right he may have to challenge his conviction or sentence by collateral review, including, but not limited to, any right he may have to challenge his conviction or sentence on any grounds under 28 U.S.C. § 2255, 28 U.S.C. § 2241, or Federal Rule of Civil Procedure 59 or 60.

7.      ALEX EDUARDO MARTIN LEON agrees this Plea Agreement constitutes the entire agreement between himself and the UNITED STATES and that no threats or promises have been made to induce him to plead guilty.  By signing this document ALEX EDUARDO MARTIN LEON acknowledges that he has read this agreement, has discussed it with his attorney and understands it.  ALEX EDUARDO MARTIN LEON acknowledges that he is satisfied with his attorney's representation.

FOR THE UNITED STATES:

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

3

J. CRUZ RODRIGUEZ
Assistant United States Attorney

6- 8 -26
Date

DEWUN R. SETTLE
Attorney for Defendant

6-8-26
Date

ALEX EDUARDO MARTIN LEON
Defendant

6-8-26
Date

4